IN RE APPLICATION OF MCCARTHY.

[Cite as *In re Application of McCarthy* (1995), 72 Ohio St.3d 542.]

(No. 95–361—Submitted April 18, 1995—Decided July 26, 1995.)

*Craig A. Marvinney,* for the Cleveland and Cuyahoga County Joint Bar Applicants Committee.

*Christopher J. McCarthy, pro se.*

---

*Per Curiam.* We have reviewed the record and concur in the board's findings and recommendation. Therefore, we order that Christopher J. McCarthy's license to practice law in the state of Ohio be immediately revoked.

*Judgment accordingly.*

MOYER, C.J., DOUGLAS, WRIGHT, RESNICK, F.E. SWEENEY, PFEIFER and COOK, JJ., concur.